1052

*In the Matter of the Marriage of* JOSEPHINE VAZQUEZ, *Respondent, and* EFREN M. VAZQUEZ, *Appellant.*

JOSEPHINE R. VAZQUEZ NKA JOSEPHINE R. BELIVEAU, *Respondent,* v. EFREN M. VAZQUEZ, *Appellant.*

Appeal from a judgment of the Superior Court for Kitsap County, No. 86-3-00761-5, Leonard Costello, J., entered April 1, 1994. *Reversed* by unpublished opinion per Fleisher, J. Pro Tem., concurred in by Seinfeld, C.J., and Turner, J.

*In the Matter of the Marriage of* SUSAN VAN VLIET, *Appellant, and* EDWARD VAN VLIET, *Respondent.*

Appeal from a judgment of the Superior Court for Spokane County, No. 88-3-00034-1, Larry M. Kristianson, J., entered August 9, 1994. *Affirmed* by unpublished opinion per Sweeney, C.J., concurred in by Munson and Thompson, JJ.

THE STATE OF WASHINGTON, *Respondent,* v. SHAWN CARTER AKA MARK SCOTT, JR., *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 93-1-04365-8, Frank L. Sullivan, J., entered September 20, 1993. *Affirmed* by unpublished per curiam opinion.

THE STATE OF WASHINGTON, *Respondent,* v. LONG DUY TRAN, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 93-1-05356-4, Jim Bates, J., entered December 13, 1993. *Affirmed* by unpublished opinion per Grosse, J., concurred in by Kennedy, A.C.J., and Agid, J.